

**UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI**

**DAVID CREWS
CLERK**

301 West Commerce Street, Suite 232
Post Office Box 704
Aberdeen, MS   39730

Telephone:   (662) 369-4952
Facsimile: (662) 369-9569

911 Jackson Avenue, Suite 369
Oxford, MS   38655
Telephone: (662) 234-1971
Facsimile: (662) 236-5210

305 Main Street, Suite 329
Post Office Box 190
Greenville, MS   38701

October 7, 2013

Crossfit, Inc.

v.                                                                                  Case No. 1:13cv144-GHD-DAS

Columbus Crossfitness, LLC, et al


     **PLEASE TAKE NOTICE** that the following party(ies) are in default and Entry of Default should be requested pursuant to Rule 55 of the Federal Rules of Civil Procedure:

        Columbus Crossfitness, LLC
        Chance Wiygul

**Failure to request Entry of Default may result in a party of case being dismissed without prejudice for failure to prosecute.**

                                    DAVID CREWS, CLERK

                          By:   _s/ Jennifer L. Malone_
                                  Deputy Clerk/Case Manager