IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CROSSFIT, INC.                                             Plaintiff

vs.                                                                     CASE NO. 1:13CV144-GHD-DAS

COLUMBUS CROSSFITNESS, LLC and
CHANCE WIYGUL                                         Defendants

## CLERK'S ENTRY OF DEFAULT

Request having been made by Crossfit, Inc. for entry of default against defendants Columbus Crossfitness, LLC and Chance Wiygul, and it appearing that said defendants have failed to plead or otherwise defend the claim of Crossfit, Inc. as provided by the Federal Rules of Civil Procedure, the Clerk of the Court hereby enters default against defendants Columbus Crossfitness, LLC and Chance Wiygul.

This, the 16th day of October, 2013.

DAVID CREWS, CLERK

By:   /s/ Raye Long
         Raye Long, Deputy Clerk